NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDDIE L. BROWN, JR.,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3171

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100609-I-1.

---

## ON MOTION

---

## ORDER

Eddie L. Brown, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 5 2011__          /s/ Jan Horbaly
       Date                Jan Horbaly
                           Clerk

cc:  Eddie L. Brown, Jr.
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 5 2011

**JAN HORBALY**
**CLERK**